DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE CASTUJON-PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00016-MCE |
| ) Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| VICENTE CASTUJON-PACHECO, ) | |
| ) | Date: March 6, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's March 6, 2008, calendar, that it was continued until April 3, 2008, at 9:00 a.m., and that time should be excluded between March 6, 2008 and April 3, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

1 This continuance is sought in order to permit investigation into
2 an aspect of sentencing raised by Mr. Castujon as well further
3 consultation him and with government counsel regarding terms of
4 resolution of this case.

5 **IT IS SO STIPULATED**.

7 Dated:  March 5, 2008          /S/ Kyle Reardon
                                 KYLE REARDON
8                                Assistant United States Attorney
                                 Counsel for Plaintiff

10
11 Dated:  March 5, 2008          /S/ Jeffrey L. Staniels
                                  Jeffrey L. Staniels
                                  Assistant Federal Defender
12                                Counsel for Defendant
                                  VICENTE CASTUJON-PACHECO

14                              **O R D E R**

15 **IT IS SO ORDERED**.

17  Dated:  March 6, 2008

                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2