DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICENTE CASTUJON-PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00016-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| VICENTE CASTUJON-PACHECO, ) | |
| ) | Date:  February 28, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case was dropped from this court's February 28, 2008, calendar, that it was continued until March 6, 2008, at 9:00 a.m., and that time should be excluded between February 28, 2008 and March 6, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

1  This continuance was sought in order to obtain the Probation
2  Office's pre-plea presentence report and to consult with government
3  counsel regarding terms of resolution of this case.
4  **IT IS SO STIPULATED.**

6  Dated:  March 4, 2008         /S/ Kyle Reardon
                                 KYLE REARDON
7                                Assistant United States Attorney
                                 Counsel for Plaintiff

9  Dated:  March 4, 2008         /S/ Jeffrey L. Staniels
10                                Jeffrey L. Staniels
                                  Assistant Federal Defender
11                                Counsel for Defendant
                                  VICENTE CASTUJON-PACHECO

13                          **O R D E R**

15     **IT IS SO ORDERED.**

16  Dated: March 6, 2008

                                 _____
18                                MORRISON C. ENGLAND, JR.
19                                UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2