```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  VICENTE CASTUJON-PACHECO

 8
 9
                  IN THE UNITED STATES DISTRICT COURT
10
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13
    UNITED STATES OF AMERICA,    )  No. 2:08-cr-00016 MCE
14                               )
                   Plaintiff,    )
15                               )  STIPULATION AND ORDER CONTINUING
         v.                      )  CASE AND EXCLUDING TIME
16                               )
    VICENTE CASTUJON-PACHECO,    )
17                               )  Date:  April 3, 2008
                   Defendant.    )  Time:  9:00 a.m.
18                               )  Judge: Hon. Morrison C. England, Jr.
    _____ )
19
20
```

21      **IT IS HEREBY STIPULATED** by and between Assistant United States
22 Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant
23 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
24 above case be dropped from this court's April 3, 2008, calendar, that
25 it was continued until May 1, 2008, at 9:00 a.m., and that time should
26 be excluded between April 3, 2008, and May 1, 2008, pursuant to 18
27 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
28      This continuance is sought in order to permit consultation with

1 Mr. Castujon regarding a proposed disposition presented by the
2 government.
3    **IT IS SO STIPULATED**.
4
5 Dated:  April 2, 2008      /S/ Daniel S. Mckonkie, Jr.
                                    DANIEL S. McKONKIE, JR.
6                                     Assistant United States Attorney
7                                     Counsel for Plaintiff
8
9 Dated:  April 2, 2008      /S/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
10                                    Counsel for Defendant
                                   VICENTE CASTUJON-PACHECO
11
12                         **O R D E R**
13
14    **IT IS SO ORDERED**.
15
16 Dated: April 4, 2008
17
18 _____
                              MORRISON C. ENGLAND, JR.
19                               UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28