```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICENTE CASTUJON-PACHECO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-0016 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | CASE AND EXCLUDING TIME |
| ) | |
| VICENTE CASTUJON-PACHECO, ) | |
| ) | Date: May 1, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. McConkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 1, 2008, calendar, that it was continued until May 8, 2008, at 9:00 a.m., and that time should be excluded between May 1, 2008, and May 8, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1   This continuance is sought in order to permit consultation with
2 Mr. Castujon-Pacheco regarding a proposed disposition presented by the
3 government.
4   **IT IS SO STIPULATED.**
5
6 Dated:  April 30, 2008          /S/ Daniel S. McConkie, Jr.
                                  DANIEL S. McCONKIE, JR.
7                                 Assistant United States Attorney
                                  Counsel for Plaintiff
8
9
10 Dated:  April 30, 2008          /S/ Jeffrey L. Staniels
                                   Jeffrey L. Staniels
                                   Assistant Federal Defender
11                                 Counsel for Defendant
                                   VICENTE CASTUJON-PACHECO
12
13                          **O R D E R**
14
15   **IT IS SO ORDERED.**
16  Dated: May 1, 2008
17
18                                  _____
                                    MORRISON C. ENGLAND, JR.
19                                  UNITED STATES DISTRICT JUDGE
20
21
22
23
24
25
26
27
28