```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6
    Attorney for Defendant
 7  VICENTE CASTUJON-PACHECO

 8
 9              IN THE UNITED STATES DISTRICT COURT
10             FOR THE EASTERN DISTRICT OF CALIFORNIA
11
12
13
    UNITED STATES OF AMERICA,     ) No. 2:08-cr-00016-MCE
14                                )
                  Plaintiff,      )
15                                ) STIPULATION AND ORDER CONTINUING
         v.                       ) CASE AND EXCLUDING TIME
16                                )
    VICENTE CASTUJON-PACHECO,     )
17                                ) Date:  April 3, 2008
                  Defendant.      ) Time:  9:00 a.m.
18                                ) Judge: Hon. Morrison C. England, Jr.
    _____ )
19
20
```

21     **IT IS HEREBY STIPULATED** by and between Assistant United States
22 Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant
23 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the
24 above case be dropped from this court's May 8, 2008, calendar, that it
25 was continued until June 5, 2008, at 9:00 a.m., and that time should be
26 excluded between May 8, 2008, and June 5, 2008, pursuant to 18 U.S.C. §
27 3161(h)(8)(A) & (B)(iv). Local Code T-4.
28 ///

This continuance is sought in order to permit further consultation with Mr. Castujon regarding a proposed disposition presented by the government.

**IT IS SO STIPULATED.**

Dated: May 7, 2008          /S/ Daniel S. Mckonkie, Jr.
                            DANIEL S. McKONKIE, JR.
                            Assistant United States Attorney
                            Counsel for Plaintiff

Dated: May 7, 2008          /S/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Counsel for Defendant
                            VICENTE CASTUJON-PACHECO

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 9, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time          2