1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6
   Attorney for Defendant
7  VICENTE CASTUJON-PACHECO

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,        )  No. 2:08-cr-00016 MCE
14                                  )
                   Plaintiff,       )
15                                  )  STIPULATION AND ORDER CONTINUING
        v.                          )  CASE AND EXCLUDING TIME
16                                  )
   VICENTE CASTUJON-PACHECO,        )
17                                  )  Date:  June 12, 2008
                   Defendant.       )  Time:  9:00 a.m.
18                                  )  Judge: Hon. Morrison C. England, Jr.
   _____  )
19

20

21      **IT IS HEREBY STIPULATED** by and between Assistant United States

22 Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant

23 Federal Defender Jeffrey L. Staniels, counsel for Defendant that the

24 above case be dropped from this court's June 12, 2008, calendar, that

25 it be continued until June 26, 2008, at 9:00 a.m., and that time be

26 excluded between June 12, 2008, and June 26, 2008, pursuant to 18

27 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

28 ///

1    This continuance is sought in order to permit further consultation
2 with Mr. Castujon regarding a proposed disposition presented by the
3 government.
4    **IT IS SO STIPULATED.**

6 Dated:  June 10, 2008          /S/ Daniel S. Mckonkie, Jr.
                                 DANIEL S. McKONKIE, JR.
7                                Assistant United States Attorney
                                 Counsel for Plaintiff
8

9
  Dated:  June 10, 2008          /S/ Jeffrey L. Staniels
10                               JEFFREY L. STANIELS
                                 Assistant Federal Defender
11                               Counsel for Defendant
                                 VICENTE CASTUJON-PACHECO
12

13                        **O R D E R**

14
     **IT IS SO ORDERED.**
15

16  Dated: June 13, 2008

17
                                 _____
18                               MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
19

Stipulation & Order
Continuing Case and Excluding Time     2