DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VICENTE CASTUJON-PACHECO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:08-cr-00016 MCE |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| ) VICENTE CASTUJON-PACHECO, ) | |
| ) Defendant. ) ) _____ ) | Date: June 26, 2008 Time: 9:00 a.m. Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Daniel S. Mckonkie, Jr., counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's June 26, 2008, calendar, that it be continued until July 24, 2008, at 9:00 a.m., and that time be excluded between June 26, 2008, and July 24, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

This continuance is sought due to the unavailability for medical reasons of defense counsel.

**IT IS SO STIPULATED**.

Dated:  June 24, 2008          /S/ Daniel S. Mckonkie, Jr.
                               DANIEL S. McKONKIE, JR.
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated:  June 24, 2008          /S/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               VICENTE CASTUJON-PACHECO

**O R D E R**

**IT IS SO ORDERED.**

Dated: June 30, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time        2